IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA LYNN CRABTREE, #249596, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09cv369-TMH |
| ) | |
| CYNTHIA WHEELER-WHITE, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER AND OPINION**

On May 28, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 2). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this the 19th day of June, 2009.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE